

PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raymond Harris            Cr.: 02-00682-001

Name of Sentencing Judicial Officer:     The Honorable Faith S. Hochberg, U.S.D.J.

Date of Original Sentence: 12-05-96

Original Offense: Conspiracy to Possess With Intent to Distribute and Distribution of Cocaine and Cocaine Base

Original Sentence: 72 months imprisonment, 5 years supervised release, $500 fine and $50 special assessment

Type of Supervision: Supervised Release         Date Supervision Commenced: 11-16-01

Assistant U.S. Attorney: Gretchen C.F. Shappert, WD/NC         Defense Attorney: Noell Tin

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
|  | The offender violated the law as evidenced by his arrest on July 26, 2006, by the Paterson Police Department for Possession of CDS, Distribution of Heroin/Cocaine, and CDS on School Property. His next scheduled court date for this matter is on August 30, 2006. |
| 2 | The offender has violated the supervision condition which states ' **You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' |
|  | On July 28, 2006, an FBI Flash Notice was received indicating the offender was arrested on July 27, 2006. The offender was held in the Passaic County Jail until July 31, 2006, at which time he posted $15,000 bail. The offender has not reported his arrest to the probation office. |

3            The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On May 8, 2006, Harris was involved in a domestic violence incident for which he was arrested by the Paterson Police Department and charged with Simple Assault, in violation of N.J.S. 2C:12-1A.

I declare under penalty of perjury that the foregoing is true and correct.

By: Patrick Hattersley
U.S. Probation Officer
Date: 08/09/06

THE COURT ORDERS:

[X] The Issuance of a Summons. Date of Hearing: Sept. 27, 2006 2:30 p.m.
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

8/23/06
Date